# EXHIBIT ONE



# United States of America
## United States Patent and Trademark Office

# HARRISON STREET

**Reg. No. 4,589,316**  
**Registered Aug. 19, 2014**  
**Int. Cl.: 36**

**SERVICE MARK**

**PRINCIPAL REGISTER**

HARRISON STREET CAPITAL LP (DELAWARE LIMITED PARTNERSHIP)  
SUITE 3575  
71 SOUTH WACKER DRIVE  
CHICAGO, IL 60606

FOR: FINANCIAL SERVICES, NAMELY, PROVIDING INVESTMENT ADVICE, INVESTMENT MANAGEMENT, AND INVESTMENT CONSULTATION SERVICES AND PROVIDING FINANCIAL INFORMATION, ANALYSIS, AND RESEARCH SERVICES; REAL ESTATE MANAGEMENT, INVESTMENT, EVALUATION, AND ASSESSMENT SERVICES; FINANCIAL CONSULTING IN THE FIELD OF REAL ESTATE INVESTMENT AND DEVELOPMENT; MANAGEMENT OF PRIVATE EQUITY FUNDS; PRIVATE EQUITY FUND INVESTMENT SERVICES; PROVIDING VENTURE CAPITAL, DEVELOPMENT CAPITAL, PRIVATE EQUITY AND INVESTMENT FUNDING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-5-2005; IN COMMERCE 5-5-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-741,663, FILED 9-28-2012.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office



**Reg. No. 6,971,376**

**Registered Feb. 07, 2023**

**Int. Cl.: 35, 36**

**Service Mark**

**Principal Register**

Harrison Street Real Estate Capital, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
444 West Lake Street, Suite 2100
Chicago, ILLINOIS 60606

CLASS 35: business development and business management in the field of energy utilities and infrastructure

FIRST USE 5-00-2020; IN COMMERCE 5-00-2020

CLASS 36: Financial services, namely, providing investment advice, investment management, and investment consultation services and providing financial information, analysis, and research services; real estate management, investment, evaluation, and assessment services; financial consulting in the field of real estate investment and development; management of private equity funds; private equity fund investment services; providing venture capital, development capital, private equity and investment funding; asset acquisition, development, and management in the field of energy utilities and infrastructure

FIRST USE 5-00-2020; IN COMMERCE 5-00-2020

The mark consists of a 3D image of the uppercase letter "H" inside of a circle to the left of the wording "HARRISON STREET" in all capitals and left justified over the wording "Making an Impact".

SER. NO. 97-026,772, FILED 09-14-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms **available at** http://www.uspto.gov.